**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7047**

_____

MALCOLM BEY,

Plaintiff - Appellant,

v.

ISAAC K. FEKETE, d/b/a South Carolina Highway Patrol,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Henry M. Herlong, Jr., Senior District Judge.  (8:23-cv-04782-HMH-JDA)

_____

Submitted:  February 27, 2024                    Decided:  March 1, 2024

_____

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Malcolm Bey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Bey seeks to appeal the district court's order rejecting the magistrate judge's recommendation to dismiss Bey's initial complaint and remanding to the magistrate judge to consider Bey's amended complaints, filed after the magistrate judge issued the report and recommendation.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Bey seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*